No. 94–1610. BEADLE v. HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1615. CALIFORNIA POZZOLAN, INC., ET AL. v. ZODIAC INVESTMENT, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1617. DISTEFANO, TRUSTEE, FIRST AVENUE REALTY TRUST v. DONOVAN ET AL. App. Ct. Mass. Certiorari denied.

No. 94–1619. DOUGLAS v. FIRST SECURITY FEDERAL SAVINGS BANK ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 94–1620. KIRWAN ET AL. v. PODBERESKY; and
No. 94–1621. GREENE ET AL. v. PODBERESKY. C. A. 4th Cir. Certiorari denied.

No. 94–1623. MCFARLAND ET AL. v. LEYH, TRUSTEE OF THE LIQUIDATING TRUST OF TEXAS GENERAL PETROLEUM CORP. C. A. 5th Cir. Certiorari denied.

No. 94–1624. HAGER v. LARGENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1633. BAKER v. BAKER. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 94–1634. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. WEBB. C. A. 9th Cir. Certiorari denied.

No. 94–1667. CADLE CO. v. ESTATE OF WEAVER. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 94–1674. FLORENCE NIGHTINGALE NURSING SERVICE, INC. v. BLUE CROSS & BLUE SHIELD OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 94–1700. BROWN v. HOUSTON INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.